No. —, Original. *Ex parte:* IN THE MATTER OF DAVID S. SEAMAN ET AL., COEXECUTORS, ETC., PETITIONERS. Submitted February 28, 1924. Decided March 3, 1924. Motion for leave to file a petition for a writ of prohibition and/or a writ of mandamus herein denied. *Mr. Randolph Laughlin, Mr. Abram M. Frumberg, Mr. Henry W. Blodgett, Mr. Alexander R. Russell, Mr. Walter N. Fisher* and *Mr. Ephrim Caplan* for petitioners.

---

No. 162. WILLARD H. STIMSON ET AL. *v.* CITY OF LOS ANGELES ET AL. Appeal from the District Court of the United States for the Southern District of California. Argued February 21, 25, 1924. Decided March 3, 1924. *Per Curiam.* Reversed with costs; and cause remanded with directions to dismiss for lack of a substantial federal question. *Pacific Electric Ry. Co.* v. *Los Angeles,* 194 U. S. 112, 118; *South Covington Ry. Co.* v. *Newport,* 259 U. S. 97, 99; *Blumenstock Bros.* v. *Curtis Publishing Co.,* 252 U. S. 436, 441. *Mr. Delphin M. Delmas* for appellants. *Mr. Jess E. Stephens* and *Mr. Lucius P. Green* for appellees.

---

No. 253. RAYMOND MOORE *v.* STATE OF IDAHO. Error to the Supreme Court of the State of Idaho. Submitted February 25, 1924. Decided March 3, 1924. *Per Curiam.* Judgment affirmed with costs upon the authority of (1) *Crane* v. *Campbell,* 245 U. S. 304; (2) *Vigliotti* v. *Pennsylvania,* 258 U. S. 403; *United States* v. *Lanza,* 260 U. S. 377. *Mr. Karl Paine* and *Mr. Edwin Snow* for plaintiff in error. *Mr. A. H. Conner* for defendant in error,